STATE OF NEW JERSEY v. JULIUS BERNARD BELLINGER.

June 18, 1974. Petition for certification denied.

EMPIRE FINANCE COMPANY OF MT. HOLLY v. DIRECTOR DIVISION OF TAXATION.

June 18, 1974. Petition for certification denied.

THOMAS DeLILLO v. DR. DANIEL P. CONTE.

June 18, 1974. Petition for certification denied.

IGNACIA GOMEZ VASQUEZ v. BOARD OF REVIEW.

June 18, 1974. Petition for certification denied. (See 127 N. J. Super. 431)

STATE OF NEW JERSEY v. WALLACE COOK.

June 19, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES CLARK.

June 19, 1974. Petition for certification denied.